# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| BRIANNE DUNN, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 06-3355-CV-S-DW |
| | ) ) |
| FAIRFIELD RESORTS, INC., | ) ) |
| Defendant. | ) |

**ORDER**

Before the Court is the Parties' Stipulation of Dismissal with Prejudice. (Doc. 21). Pursuant to the Stipulation, the above-captioned case shall be DISMISSED WITH PREJUDICE with each party to bear its own costs and attorney's fees. See FED. R. CIV. P. 41. The clerk of the court shall mark this case as closed.

IT IS SO ORDERED.

Date: March 16, 2007
/s/ DEAN WHIPPLE
Dean Whipple
United States District Court